IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FREDERICK E. BOUCHAT                 *

            Plaintiff          *

            vs.                      *   CIVIL ACTION NO. MJG-08-397

BALTIMORE RAVENS LIMITED             *
PARTNERSHIP, et al.
                                     *

            Defendants
*       *       *       *       *       *       *       *       *

MEMORANDUM AND ORDER RE: RECONSIDERATION

  The Court has before it Plaintiff's Motion for Reconsideration

of the Court's Memorandum and Order [Re: Motions to Amend]

[Document 51].  The Court finds that neither a response nor a

hearing is necessary.

      Plaintiff continues to seek to have the Court apply Rule[1]

15(a)(Amendments Before Trial), stating that "[t]he Court

dismissed this case after Defendants filed a preliminary motion

to dismiss on the ground of fair use." Mot. 2 [Document 51-1].

However, the Court did not grant a motion to dismiss but, by

agreement of the parties,[2] decided the case pursuant to Rule

52(a) as tried on the submitted record.

      As stated in the Court's Decision [Document 29] at page 2:

---

[1] All Rule references are to the Federal Rules of Civil Procedure
unless otherwise indicated.
[2] See Hr'g Tr. 5:22-7:5, Aug. 13, 2008 [Document 28] (excerpt
attached as Exhibit A hereto).

> This case was submitted to the Court
> for bench trial decision[3] upon the record.[4]
> The Court held a hearing and had the benefit
> of the argument of counsel.  The Court now
> issues this Memorandum of Decision as its
> findings of fact and conclusions of law in
> compliance with Rule 52(a) of the Federal
> Rules of Civil Procedure.

(Footnotes in original)

Accordingly, Rule 15(b)(Amendments During and After Trial) is pertinent to the instant motion as was held in the Memorandum and Order Re: Motions to Amend [Document 50].  The Plaintiff has presented no basis for the Court to change its decision regarding the pertinent Rule or to permit Plaintiff to reopen the case to add claims not presented prior to the trial court's decision.

For the foregoing reasons, Plaintiff's Motion for Reconsideration of the Court's Memorandum and Order [Re: Motions to Amend] [Document 51] is DENIED.

SO ORDERED, on Wednesday, November 09, 2011.

                                            /s/
                                    Marvin J. Garbis
                                 United States District Judge

---

[3] See Hearing Tr. 5-8, August 13, 2008.
[4] Consisting of the parties' respective submissions of evidence in the instant case, matters presented in prior litigation between the parties and matters of which the Court could take judicial notice.