IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FREDERICK E. BOUCHAT, | * | |
| Plaintiff | * | |
| v. | * | Case No. MJG-08-cv-00397 |
| BALTIMORE RAVENS LIMITED PARTNERSHIP, *et al.*, | * | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Plaintiff Frederick E. Bouchat, by and through his attorneys, Howard J. Schulman, Marie J. Ignozzi and Schulman & Kaufman, LLC, gives notice that he hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Court's Final Judgment Order of January 3, 2013 (Document No. 79) as well as the Memorandum and Order denying Motions to Amend the Complaint (Document No. 50, filed October 11, 2011), Memorandum and Order in reference to permanent injunction (Document No. 52, filed November 9, 2011), and Memorandum and Order in reference to Motion for Reconsideration (Document No. 53, filed November 9, 2011).

_____/s/_____
Howard J. Schulman (Fed. Bar No. 00129)
Schulman & Kaufman, LLC
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 576-0400

_____/s/_____
Marie J. Ignozzi (Fed. Bar No. 29762)
Schulman & Kaufman, LLC
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 576-0400
Attorneys for Plaintiff