UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| FREDERICK E. BOUCHAT,<br><br>*Plaintiff,*<br><br>v.<br><br>BALTIMORE RAVENS LIMITED PARTNERSHIP, NFL PRODUCTIONS LLC, NATIONAL FOOTBALL LEAGUE,<br><br>*Defendants.* | CIVIL ACTION NO. MJG-08-397<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated and agreed by and between the parties, through their undersigned attorneys, that the above-captioned action shall be dismissed in its entirety with prejudice, with each party to bear its own costs, fees and disbursements.

Dated: September 19, 2014

SCHULMAN & KAUFMAN, LLC

By: _____
Howard J. Schulman
100 N. Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 576-0400

*Attorneys for Plaintiff*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____
Todd Anten
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-8000

*Attorneys for Defendants*

IT IS SO ORDERED: _____
The Honorable Marvin J. Garbis, USDJ